UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-22271-CIV-HUCK/SIMONTON

TERESA OROSA,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.
    _____/

AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Non-Party Witness
    _____/

## ORDER DENYING, WITHOUT PREJUDICE, MOTION TO QUASH

This matter arose upon the Motion to Quash Subpoena filed by non-party witness Agency for Health Care Administration (AHCA) (DE 19, filed 12/28/06).  The Honorable Paul C. Huck, United States District Judge, has referred this matter to the undersigned United States Magistrate Judge (DE # 2).

The Motion is deficient in several respects.  The Motion is based on Florida Rule of Civil Procedure 1.410, rather than the applicable federal rule of civil procedure; it does not contain a copy of the subpoena challenged or a description of the documents sought in the subpoena; it does not contain the required memorandum of law to support the relief sought; it does not contain the required certificate of consultation with opposing counsel in a good faith attempt to resolve the issues presented.  The Motion lists certain reports which it states are the only reports capable of being generated from the records on file; and, then states that the "information is confidential and may not be disclosed by the Agency unless we have a medical release or a court order.  The request must relate

to the direct administration of the Medicaid State Plan."

The undersigned notes that this is not the first time that AHCA, represented by the same counsel, has filed a substantially identical deficient motion without consulting in an effort to resolve the matter; and that upon consultation, either an agreed order has been submitted to the Court or the parties have been able to resolve the matter without judicial intervention.  *See, e.g., Landrin v. MGA Entertainment, Inc.*, Case No. 05-21145-CIV-Huck/Simonton.

Therefore, based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Quash Subpoena is **DENIED, WITHOUT PREJUDICE** to file a new motion in compliance with the rules of this Court.

**DONE AND ORDERED** in chambers in Miami, Florida on January 3, 2007.

*[signature]*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Paul C. Huck,
    United States District Judge
All counsel of record

Floyd Faglie, Esq.
    2002 Old St. Augustine Rd, Suite E-42
    Tallahassee, FL 32301
    (Counsel for non-party witness AHCA)

2